## ZELMAN ALLRED v. STATE OF FLORIDA

10 So. (2nd) 131                                    Division B
October 16, 1942        Rehearing Denied November 13, 1942

W. W. Flournoy, for appellant.

J. Tom Watson, Attorney General, Millard B. Conklin and Woodrow M. Melvin, Assistant Attorneys General, for appellee.

PER CURIAM:

In its factual aspect, this case is very similar to John Nowling v. State of Florida, decided this date. The same principals of law govern so the judgment appealed from is reversed for one or all the reasons stated in the latter case.

Reversed.

BROWN, C. J., TERRELL, CHAPMAN and THOMAS, JJ., concur.